UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at FRANKFORT

CIVIL ACTION NO. 3:06-71-KKC

RODNEY LEWIS NEWCOMB,                                                                    PETITIONER

v.                                                              **ORDER**

GARY BECKSTROM,
*Warden, LSCC*,                                                                           RESPONDENT

\* \* \* \* \* \* \* \*

On October 12, 2006, Petitioner Rodney Lewis Newcomb filed his petition for a writ of habeas corpus [R. 1], and on October 29, 2007, the Respondent filed his second[1] Motion to Dismiss [R. 28]. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed a proposed Report and Recommendation on April 7, 2008 [R. 34]. Based on a review of the record and the applicable case law, the Magistrate Judge concluded that the petition for a writ of habeas corpus should be denied and that this action should be dismissed with prejudice. The Petitioner made no objections to the Report and Recommendation.

Accordingly, the Court, being fully and sufficiently advised, **HEREBY ORDERS** that:

---

[1] Respondent's first Motion to Dismiss was denied on September 28, 2007.

(1) The Magistrate Judge's Report and Recommendation is **ADOPTED** as the Opinion of the Court;

(2) The Petition for a Writ of Habeas Corpus is **DENIED**; and

(3) This action is **DISMISSED WITH PREJUDICE**.

Dated this 29th day of April, 2008.

Signed By:
*Karen K. Caldwell*
United States District Judge